UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER  11-0169 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DEMOND ALEXANDER REID | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that the Magistrate Judge's Report and Recommendation is supported by the law and record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of Defendant Demond Alexander Reid and adjudges him guilty of the offenses charged in Counts One and Two of the Indictment.

MONROE, LOUISIANA, this 22nd day of February, 2012.

_____

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE